■ LEVI v FELTMAN. [693 NYS2d 436] —Reargument granted, and upon reargument, appeal reinstated on condition appeal perfected for the September 1999 Term. Concur—Ellerin, P. J., Williams, Mazzarelli and Buckley, JJ.

■ In the Matter of STEVEN EHRLICH (Admitted as STEVEN G. EHRLICH), a Suspended Attorney. [— NYS2d —] —Application for reinstatement granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Sullivan, Rosenberger, Tom and Lerner, JJ.